■ EFRAIN MATOS, Respondent, v CITY OF NEW YORK, Appellant. [63 NYS3d 324]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered June 9, 2016, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion to vacate his note of issue, and order, same court and Justice, entered Janu-

ary 19, 2017, which, to the extent appealed from as limited by the briefs, granted plaintiff's motion to compel defendant to comply with outstanding discovery demands, unanimously affirmed, without costs.

The motion court providently exercised its discretion in vacating plaintiff's note of issue where plaintiff's former counsel made a material misstatement that discovery was complete. A note of issue should be vacated where "it is based upon a certificate of readiness that incorrectly states that all discovery has been completed" (*Nielsen v New York State Dormitory Auth.*, 84 AD3d 519, 520 [1st Dept 2011]). Since discovery was not completed, the motion court correctly vacated the note of issue (*see Gomes v Valentine Realty LLC*, 32 AD3d 699, 700 [1st Dept 2006]; *Cromer v Yellen*, 268 AD2d 381 [1st Dept 2000]). Upon vacatur of the note of issue, the case was restored to its pre-note of issue status (*see Tejeda v Dyal*, 125 AD3d 578 [1st Dept 2015]). Accordingly, the court properly granted plaintiff's motion to compel defendant to comply with outstanding discovery demands.

We have considered defendant's remaining contentions and find them unavailing. Concur—Tom, J.P., Richter, Andrias, Gesmer and Singh, JJ.